**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:14CR00152-3 JLH |
| | ) | |
| BILLY TAD EARNEST | ) | |

**ORDER**

On August 18, 2014, the Court entered an Order Setting Conditions of Release. That Order is hereby amended, and the defendant is directed to comply with two additional conditions; (1) he must submit to mental health counseling; and (2) he must surrender his passport to the United States Probation Office.

IT IS SO ORDERED this  26   day of August, 2014.

UNITED STATES MAGISTRATE JUDGE