# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       NO. 4:14CR00152-03-JLH

BILLY TAD EARNEST                                                                           DEFENDANT

## ORDER

Billy Tad Earnest has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. The Court directs the United States to file a response within thirty days from the entry of this Order.

IT IS SO ORDERED this 19th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE