**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                 PLAINTIFF

v.                          NO. 4:14CR00152-03-JLH

BILLY TAD EARNEST                                                           DEFENDANT

**ORDER**

The United States has filed a response to Billy Tad Earnest's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. If Earnest wishes to file a reply, he must do so on or before October 27, 2016.

IT IS SO ORDERED this 6th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE